McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for Defendant William J. Henderson,
Postmaster General of the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKILA E. SALAZAR,<br><br>    Plaintiff,<br><br>  v.<br><br>WILLIAM J. HENDERSON,<br>POSTMASTER GENERAL OF THE<br>UNITES STATES OF AMERICA,<br><br>    Defendant. | 1:00-cv-06865-DLB<br><br>APPLICATION FOR ORDER SHORTENING TIME ON MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S CLAIMS FOR DAMAGES; CERTIFICATE IN SUPPORT THEREOF; [PROPOSED] ORDER THEREON |

    Defendant WILLIAM J. HENDERSON, POSTMASTER GENERAL OF THE UNITED STATES OF AMERICA, hereby applies for an Order Shortening Time for the hearing of his Motion for Leave to File Motion for Partial Summary Judgment on Plaintiff's Claims for Damages, filed May 6, 2005.  The attached Certificate in Support of Application for Order Shortening Time demonstrates that the hearing of this motion on shortened time is necessary because discovery was reopened on the issue of Plaintiff's damages, no dispositive motion deadline was set on issues related to that discovery, and the trial is scheduled for September 20, 2005.  Defendant

therefore requests that his motion be heard on or before May 20, 2005, and waives the right to file a reply to expedite the hearing of his motion.

                                            Respectfully submitted,

Dated: May 6, 2005.          McGREGOR W. SCOTT
                                    United States Attorney


                            By:   /s/ Kimberly A. Gaab
                                KIMBERLY A. GAAB
                                Assistant U.S. Attorney
                                Attorneys for Defendant
                                William J. Henderson,
                                Postmaster General of the
                                United States of America


CERTIFICATE IN SUPPORT OF<br/><u>APPLICATION FOR ORDER SHORTENING TIME</u>

    I, Kimberly A. Gaab, declare:

    1.   I am an Assistant U.S. Attorney for the Eastern District of California and the attorney of record for Defendant William J. Henderson, Postmaster General of the United States of America, in the above-entitled action. I have personal knowledge of the matters set forth herein and, if called upon to testify, could and would competently testify thereto.

    2.   This certificate is submitted in support of Defendant's Application for Order Shortening Time to have his Motion for Leave to File Motion for Partial Summary Judgment on Plaintiff's Claims for Damages heard on or before May 20, 2005.

    3.   This is a Title VII case. The former Assistant U.S. Attorney handling this case, Linda Anderson, retired from the office in October 2004, and the case was assigned to me

thereafter. Prior to my involvement in the case, the parties stipulated to a dispositive motion schedule addressing new claims added by Plaintiff in his First Amended Complaint for Damages. Any dispositive motions were to be filed by January 20, 2004. (See Stipulation on Further Scheduling; Order Thereon, filed November 6, 2003 (Doc. No. 72).)

4. Thereafter, Defendant moved for leave to reopen discovery on the issue of Plaintiff's damages since 2001. In its June 24, 2004 Amended Scheduling Conference Order, the Court reopened discovery on the issue of Plaintiff's damages since August 2001. No dispositive motion filing deadline was set in that order. (See Amended Scheduling Conference Order, filed June 24, 2004 (Doc. No. 85).)

5. I took Plaintiff's deposition on January 31, 2005 and subpoenaed additional information in response to Plaintiff's testimony. In conducting discovery on the issue of Plaintiff's damages, I determined a ground for the limitation of those claimed damages. Since the Court did not set a dispositive motion deadline when it reopened discovery on the issue of Plaintiff's damages, and since Plaintiff has been unwilling to agree to a date for the hearing of such a motion, it was necessary for me to file a motion for leave of Court for Defendant to file his motion for partial summary judgment on Plaintiff's claims for damages.

6. A hearing before this Court on shortened time is necessary in order to ensure that the Court has sufficient time to decide Defendant's dispositive motion prior to the September 20, 2005 trial date.

7.   I first raised the issue of filing a dispositive motion on Plaintiff's damages claim in a March 18, 2005 letter to Plaintiff's counsel, Stephen P. Wainer.  I requested that Mr. Wainer stipulate to a mutually-agreeable date for such a motion.  I received no response.  On April 11, 2005, I sent Mr. Wainer another letter renewing my request that he stipulate to a mutually-agreeable date or otherwise advise me whether I needed to file a motion for leave with the Court.  I again received no response.  On April 21, 2005, I telephoned Mr. Wainer, who returned my call on April 26, 2005 with a request that I provide him with case law in support of the summary adjudication motion on Plaintiff's claims for damages.  I did so on April 28, 2005.  Since that time, I have sent additional correspondence and left telephone messages with Mr. Wainer advising him that if he did not agree to a date for the summary adjudication motion, I would move for leave of Court and seek shortened time for the hearing of the motion.  Mr. Wainer has not contacted me with any objection to a hearing of this matter on shortened time.

7.   I certify that the Application for Order Shortening Time is made in good faith and for good cause.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed this 6th day of May, 2005, in Fresno, California.

                                   /s/ Kimberly A. Gaab  
                                   KIMBERLY A. GAAB

ORDER

    IT IS ORDERED that the Application for Order Shortening Time for Defendant's Motion for Leave to File Motion for Partial Summary Judgment on Plaintiff's Claims for Damages is GRANTED; The motion will be heard on May 27, 2005, at 9:00 a.m., in Courtroom 5.  Plaintiff's opposition to the motion, if any, is due on May 23, 2005.

Dated: May 9, 2005              ___/s/ Dennis L. Beck_
                                       DENNIS L. BECK
                          UNITED STATES MAGISTRATE JUDGE