IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKILA SALAZAR,<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>WILLIAM HENDERSON, et al.,<br><br>　　　　Defendant(s). | 1:00 CV 6865 AWI DLB<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC # 104] |

　　　　On May 10, 2005, the Court granted Defendant's application for order shortening time to hear a motion for leave to file a motion for partial summary judgment on Plaintiff's claims for damages. The Court held a hearing on the motion on May 26, 2005. Kimberly Gaab appeared for Defendant and Stephen Wainer appeared for Plaintiff.

　　　　This employment discrimination action was originally filed in the Northern District of California and transferred to this Court on November 1, 2000. On June 5, 2003, the Court partially granted Defendant's motion for summary judgment. Pursuant to a stipulation entered between the parties and filed on September 29, 2003, Plaintiff filed an amended complaint on the same day alleging three claims arising out of his employment and termination from the Postal Service. On March 24, 2004, the Court partially granted Defendant's motion to dismiss certain

1

claims in Plaintiff's amended complaint.  Plaintiff has two (2) claims remaining after the order: 1)  discrimination in Employment based on retaliation in termination under Title VII; and 2) discrimination in employment based on hostile work environment retaliation under Title VII.

On June 24, 2004, the Court entered an Amended Scheduling order which reopened discovery on the issue of Plaintiff's damages since August 2001 and set the trial for March 3, 2005.  However, the Court did not set an additional date for dispositive motions.  Thereafter, the Court granted Defendant's motion to continue the trial to June 21, 2005.  Based on the Court's schedule, the trial was continued to September 20, 2005 in Courtroom 5.  The Pretrial Conference is scheduled for August 5, 2005.

Defendant brings the present motion seeking leave to file a motion for partial summary judgment on the issue of Plaintiff's damages.  At the hearing on this motion, Plaintiff's counsel advised that he was not opposed to Defendant's filing a motion for partial summary judgment on the issue of damages.

Accordingly, Defendant's motion for leave to file a motion for partial summary judgment is GRANTED.  Defendant's motion shall be filed on or before May 27, 2005.  Plaintiff's opposition to the motion shall be filed on or before June 17, 2005 and Defendant's reply shall be filed on or before June 24, 2005.  The motion for summary judgment shall be heard on July 8, 2005 at 9:00 a.m. in Courtroom 5.

IT IS SO ORDERED.

**Dated:   May 26, 2005**                       **/s/ Dennis L. Beck**
3b142a                                UNITED STATES MAGISTRATE JUDGE