McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for Defendant William J. Henderson,
Postmaster General of the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAKILA E. SALAZAR, | ) | 1:00 CV 06865 DLB |
| | ) | |
| Plaintiff, | ) | STIPULATION RE PARTIAL SUMMARY |
| | ) | JUDGMENT MOTION SCHEDULE; |
| v. | ) | ORDER THEREON |
| | ) | |
| WILLIAM J. HENDERSON, POSTMASTER GENERAL OF THE UNITES STATES OF AMERICA, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff DAKILA SALAZAR and Defendant WILLIAM J. HENDERSON, POSTMASTER GENERAL OF THE UNITED STATES OF AMERICA, by and through undersigned counsel, hereby stipulate to continue Defendant's Motion for Partial Summary Judgment on Plaintiff's Claims for Damages, and the corresponding filing dates for the opposition and reply papers, and respectfully request that the Court so approve.

    Good cause exists for this stipulation in that the parties are close to a resolution of the case, and Plaintiff has requested a continuance of the deadline to file his opposition to Defendant's motion.

|  | Old Dates | **New Dates** |
|---|---|---|
| Motion for Summary Judgment Hearing Date | July 8, 2005 @ 9:00 a.m. | July 15, 2005 @ 9:00 a.m. |
| Plaintiff's Opposition due | June 17, 2005 | July 1, 2005 |
| Defendant's Reply due | June 24, 2005 | July 8, 2005 |

Dated:  June 16, 2005.

      Respectfully submitted,

THOMAS ANTON & ASSOCIATES   McGREGOR W. SCOTT
                United States Attorney


/s/ Thomas J. Anton     By: /s/ Kimberly A. Gaab
THOMAS J. ANTON        KIMBERLY A. GAAB
STEPHEN P. WAINER       Attorneys for Defendant
Attorneys for Plaintiff     William J. Henderson,
Dakila E. Salazar       Postmaster General of the
                United States of America


IT IS SO ORDERED.

**Dated:   June 17, 2005**      **/s/ Dennis L. Beck**
3b142a           UNITED STATES MAGISTRATE JUDGE