```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone:  (559) 498-7272
Facsimile:  (559) 498-7432

Attorneys for Defendant William J. Henderson,
Postmaster General of the United States of America
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKILA E. SALAZAR, ) | 1:00-cv-06865-DLB |
| ) | |
| Plaintiff, ) | STIPULATION RE CASE SCHEDULE; |
| ) | [PROPOSED] ORDER THEREON |
| v. ) | |
| ) | |
| WILLIAM J. HENDERSON, ) | |
| POSTMASTER GENERAL OF THE ) | |
| UNITES STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

    Plaintiff DAKILA SALAZAR and Defendant WILLIAM J. HENDERSON, POSTMASTER GENERAL OF THE UNITED STATES OF AMERICA, by and through undersigned counsel, hereby stipulate to the following revised case dates, and respectfully request that the Court so approve.

    Good cause exists for this stipulation in that Plaintiff's counsel has been ill and unable to prepare his opposition to Defendant's pending motion for partial summary judgment.  In addition, the parties are close to a resolution of the case and desire to attempt to resolve the matter prior to the motion for partial summary judgment.

|  | Old Dates | **New Dates** |
|---|---|---|
| Opposition to Motion for Partial Summary Judgment filing deadline | July 1, 2005 | July 15, 2005 |
| Reply to Motion for Partial Summary Judgment filing deadline | July 8, 2005 | July 22, 2005 |
| Motion for Partial Summary Judgment Hearing Date | July 15, 2005 @ 9:00 a.m. Ctrm. 5 (DLB) | July 29, 2005 @ 9:00 a.m. Ctrm. 5 (DLB) |
| Settlement Conference |  | July 12, 2005 @ 1:30 p.m. Ctrm. 6 (LJO) |
| Pretrial Conference | Aug, 5, 2005 @ 1:30 p.m. Ctrm. 5 (DLB) | Dec. 2, 2005 @ 1:30 p.m. Ctrm. 5 (DLB) |
| Trial | Sept. 20, 2005 @ 9:00 a.m. Ctrm. 5 (DLB) | Jan. 31, 2006 @ 9:00 a.m. Ctrm. 5 (DLB) |

Dated:   July 1, 2005.

                    Respectfully submitted,

THOMAS ANTON & ASSOCIATES                McGREGOR W. SCOTT
                                         United States Attorney


/s/Stephen P. Wainer             By: /s/Kimberly A. Gaab
THOMAS J. ANTON                       KIMBERLY A. GAAB
STEPHEN P. WAINER                     Attorneys for Defendant
Attorneys for Plaintiff               William J. Henderson,
Dakila E. Salazar                     Postmaster General of the
                                      United States of America


     IT IS SO ORDERED.

**Dated:   July 7, 2005**              /s/ Dennis L. Beck
3b142a                          UNITED STATES MAGISTRATE JUDGE