UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAKILA E. SALAZAR,<br><br>            Plaintiff,<br><br>      vs.<br><br>WILLIAM J. HENDERSON,<br>  et al.,<br><br>            Defendants.<br>_____/ | CASE NO. CV-F-00-6865 DLB<br><br>**ORDER VACATING DATES AFTER SETTLEMENT AND SETTING STATUS CONFERENCE**<br><br>Date: October 19, 2005 (revised date)<br>Time: 8:30 a.m.<br>Dept.: 6 (LJO) |

The above matter settled at the mandatory settlement conference on July 12, 2005. **Accordingly, all court dates** and any pending motions set in this matter are **VACATED**, including all dates associated with the July 29, 2005 motion for summary judgment, the pretrial conference of December 2, 2005 and the trial of January 31, 2006.

This Court SETS a settled case status conference for October 19, 2005 at 8:30 a.m. in Department 6. The parties should note the date change from the date selected at the conclusion of the settlement conference. Counsel may appear at the conference by arranging a one-line conference call and telephoning the Court at (559) 498-7322. At the status conference, the parties should be prepared to inform the Court of the status of plaintiff's disability application and whether the settlement contingency has been satisfied.

IT IS SO ORDERED.

**Dated:     July 13, 2005**            /s/ Lawrence J. O'Neill
b9ed48                                          UNITED STATES MAGISTRATE JUDGE