**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAKILA E. SALAZAR, | CASE NO. CV-F 00-6865 DLB |
| Plaintiff, | **ORDER TO SET STATUS CONFERENCE** |
| vs. | Date: May 25, 2006 |
| WILLIAM J. HENDERSON, Postmaster General of the United States of America, | Time: 8:30 a.m.<br>Dept.: 8 (LJO) |
| Defendant. / | |

This Court conducted a March 30, 2006 status conference. Plaintiff Dakila E. Salazar appeared by telephone counsel Stephen P. Wainer. Defendant William J. Henderson, Postmaster General of the United States of America, appeared by Assistant U.S. Attorney Kimberly A. Gaab. The parties' counsel explained that the Office of Personnel Management will take no less than several weeks to decide pending disability and related conditional settlement issues. As such, this Court SETS a status conference for May 25, 2006 at 8:30 a.m. in Department 8 (LJO). The parties may appear at the conference by telephone by telephoning the Court at (559) 499-5680. At the conference, the parties' counsel shall be prepared to discuss the status of matters before the Office of Personnel Management and the conditional settlement.

IT IS SO ORDERED.

**Dated:   March 30, 2006**            /s/ Lawrence J. O'Neill
66h44d                                  UNITED STATES MAGISTRATE JUDGE

1