```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KIMBERLY A. GAAB
    Assistant U.S. Attorney
 3  United States Courthouse
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone:  (559) 497-4000
 5  Facsimile:  (559) 497-4099
 6  Attorneys for Defendant Postmaster General
    of the United States of America
 7
 8
                 UNITED STATES DISTRICT COURT
 9
                 EASTERN DISTRICT OF CALIFORNIA
10
11  DAKILA E. SALAZAR,            )   1:00-cv-06865-DLB
                                  )
12              Plaintiff,        )   STIPULATION OF DISMISSAL WITH
                                  )   PREJUDICE PURSUANT TO
13       v.                       )   SETTLEMENT; ORDER
                                  )   THEREON
14  WILLIAM J. HENDERSON,         )
    POSTMASTER GENERAL OF THE     )
15  UNITES STATES OF AMERICA,     )
                                  )
16              Defendant.        )
                                  )
17
18       Plaintiff DAKILA E. SALAZAR and Defendant POSTMASTER GENERAL
19  OF THE UNITED STATES OF AMERICA, by and through undersigned
20  counsel, hereby stipulate to dismissal of the action with
21  prejudice, pursuant to a Settlement Agreement entered into by the
22  parties, effective July 2, 2007.  Each party shall bear his own
23  costs.  The parties request that the Court retain jurisdiction to
24  enforce the Settlement Agreement.
25
26
27
28
```

```
                                        Respectfully submitted,

Dated:  June 29, 2007.                  THOMAS ANTON & ASSOCIATES


                                  By:    /s/ Stephen P. Wainer
                                        THOMAS J. ANTON
                                        STEPHEN P. WAINER
                                        Attorneys for Plaintiff
                                        Dakila E. Salazar


Dated:  July 2, 2007.                   McGREGOR W. SCOTT
                                        United States Attorney


                                  By:    /s/ Kimberly A. Gaab
                                        KIMBERLY A. GAAB
                                        Assistant U.S. Attorney
                                        Attorneys for Defendant
                                        Postmaster General of the
                                        United States of America
```

IT IS SO ORDERED.

**Dated:   July 2, 2007**              **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE